IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                           3:07cr132/MCR
                                                                        3:09cv290/MCR/MD

**HOLLY M. BARNES**

_____/

## O R D E R

        This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 22, 2010. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

        Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now ORDERED as follows:

        1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

        2.      The motion to vacate, set aside, or correct sentence (doc. 35) is DENIED.

        3.      A certificate of appealability is denied in this case.

        DONE AND ORDERED this 24th day of May, 2010.

                                                    s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **UNITED STATES DISTRICT JUDGE**